## SUMMONS IN A CIVIL ACTION

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-CV-00073-ZLW-CBS

DAVID SHEEHY,

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC, a Delaware limited liability company,

    Defendant.

To the above named Defendant:

You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is:

David M. Larson
405 S. Cascade Avenue, Suite 305
Colorado Springs, CO 80903
(719) 473-0006

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within twenty one (21) days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____
Deputy Clerk

Date: 1-11-11

(Seal of the Court)

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

| Name of Server: Susan Thomas | Title: |

Check one box to indicate appropriate method of service.

☐ **Served personally upon Defendant.** Served a true and correct copy of the Summons, Complaint and Jury Demand and Notice of Availability of Magistrate Judge upon Isela Calderon an employee of Capital Corporate Services, Inc., as registered agent for Enhanced Recovery Company, LLC, at 36 S. 18th Avenue, Brighton, CO 80601 on January 12, 2011 at 1:40 p.m.

☐ Left copies thereof at the Defendant's dwelling house or ususal place of abode with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE OF FEES

| Travel | Services | Total |
|---|---|---|
|  | $70.00 | $70.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: January 12, 2011

Signature of Server
Susan Thomas
4410 Yates St.
Denver, CO 80212